UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.,

Plaintiffs,

v.

M&J FLOORCOVERING, INC.,

Defendant.

Case No. 14-cv-04491-JD

**ORDER DENYING MOTION RE WRIT OF EXECUTION**

Re: Dkt. No. 34

On March 2, 2016, defendant M&J Floorcovering, Inc. ("M&J") asked under Federal Rule of Civil Procedure 60(b) to void a writ of execution issued by the Clerk of Court on February 8, 2016 in the amount of $19,808.27. Dkt. Nos. 29, 34. M&J also seeks a declaration that the judgment is satisfied and sanctions against plaintiff's attorneys.

On April 29, 2016, the United States Marshal filed a return on execution, attesting that the writ had been wholly satisfied. Dkt. No. 44. On May 2, 2016, plaintiff's attorney filed a declaration affirming that the writ of execution was returned satisfied. Dkt. No. 43. M&J has not challenged these representations, and so the Court denies the motion to void the writ of execution as moot. Defendant's request for sanctions is denied for lack of good cause.

**IT IS SO ORDERED.**

Dated: June 9, 2016

JAMES DONATO
United States District Judge